UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21-cr-229 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JASON ALAN GEBELE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 4/10/2023. A superseding violation report was filed on 5/1/2023. Supplemental violation reports were filed on 5/25/2023 and 6/21/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that the parties appeared for a preliminary hearing on 5/26/2023. The hearing involved the following violation:

1. Unauthorized use of drugs; and
2. Failure to report employment.

A final supervised release violation hearing was conducted on 6/22/2023. Present were the following: Assistant U.S. Attorney Peter Daly, representing the United States; Attorney Jeffrey Lazarus, representing the defendant; the Defendant Jason Alan Gebele; and United States Probation Officer Jennifer Burke. The Defendant waived his right to a revocation hearing and admitted to violating the conditions of his supervised release as charged in the violation reports.

The Court adopts the report and recommendation and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a period of 4 months. No term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 22, 2023

**HONORABLE SARA LIOI
UNITED STATES DISTRICT COURT
CHIEF JUDGE**